# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MAWA, INC. d/b/a ERJO SERVICES DIVISION, | CIVIL ACTION |
| Plaintiff, | |
| v. | No. 11-2280 |
| UTILITY MANUFACTURING CO., INC. a/k/a JEM LAWE CO., INC., | |
| Defendant. | |

## ORDER

**AND NOW**, this 2nd day of December, 2011, upon consideration of Plaintiff's Motion to Amend Complaint (Doc. No. 10), and Defendant's response thereto, it is hereby **ORDERED** that the Motion is **GRANTED**.

BY THE COURT:

/s/ Robert F. Kelly
ROBERT F. KELLY
SENIOR JUDGE